```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA             :
                                     :    16 CR 809 (VM)
     - against -                     :
                                     :    ORDER
RANDY TORRES, et al.,                :
                                     :
                Defendants.          :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that a pre-trial conference in this matter shall be scheduled for Friday, January 10, at 9:15 a.m., to discuss the matter raised by counsel for defendant Walston Owen. (See "Letter," Dkt. No. 411.) Defendants and counsel for Randy Torres and Charles Ventura are invited to attend if they wish to speak to any issues raised by the Letter.

**SO ORDERED.**

Dated: New York, New York
       9 January 2020

VICTOR MARRERO
U.S.D.J.