Case 1:16-cr-00809-VM   Document 423   Filed 01/13/20   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

<div style="text-align:right">

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

</div>

January 13, 2020

**BY ECF AND FAX**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/20
```

Re:   **United States v. Torres, et al., S8 16 Cr. 809 (VM)**

Dear Judge Marrero:

The Court previously set this matter for a final pretrial conference the late afternoon of January 24, 2020. Having been advised of the Court's conflict, the parties have conferred and respectfully request that the pretrial conference instead commence at 9:15 a.m. the same day, January 24, 2020.

<div style="margin-left:40%">

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by:    /s/
Jessica Fender
Anden Chow
Jacqueline Kelly
Assistant United States Attorneys
(212) 637-2276 / 2348 / 2456

</div>

cc: Counsel of record (by ECF)

```
Request GRANTED. The final pretrial
conference herein is rescheduled to 1-24-20
at 9:15 a.m.

SO ORDERED.

1-14-20
DATE              VICTOR MARRERO, U.S.D.J.
```