UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――――― x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
――――――――――――――――――――――――― x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/20
```

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action

captioned __USA v. Walston Owen_____

_____, No. 1:16-cr-809

The date(s) for which such authorization is provided is (are) February 4, 2020 - February 21, 2020.

| Attorney | Device(s) |
|---|---|
| 1. Xavier Donaldson | Laptop, external hard drive & cell phone |
| 2. Alain Massena | Laptop, external hard drive & cell phone |
| 3. Meusette Gonzalez (paralegal) | Laptop, external hard drive & cell phone |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 22 January 2020

Victor Marrero
United States Judge

Revised: February 26, 2014

**MASSENA LAW P.C.**

305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
EMAIL: AVM@MASSENALAW.COM

* ADMITTED IN FEDERAL AND
  NEW YORK STATE COURTS

January 21, 2020

VIA ELECTRONIC FILING

Hon. Victor Marrero
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 1007

Re: United States v. Walston Owen, S8 16 Cr. 809 (VM)

Dear Judge Marrero:

I am Associate Counsel for Walston Owen in the above referenced matter. Mr. Owen is scheduled to start trial on February 04, 2020, before this Honorable Court. I request that this Court sign an Order allowing defense counsel to bring laptop computers, hard drives and cell phones to court for trial.

Xavier Donaldson is Lead Counsel, Meusette Gonzalez is a paralegal and we will represent Mr. Owen at his trial. I request permission to bring one (1) laptop computer each in order to assist us at the trial. These items are needed by the defense in order to review evidence, cross examine witnesses and to publish exhibits to the jury. I have enclosed a proposed Order for this Court's consideration. The trial should last (3) weeks.

Thank you for your time and consideration in this matter.

Sincerely,

/S/
Alain V. Massena, Esq.
Xavier Donaldson, Esq.
Attorneys for Defendant

: