UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

                              ORDER
                              S8 16 Cr. 809 (VM)

v.

WALSTON OWEN,

        Defendant.
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/20

Upon the application of Xavier Donaldson, Esq., Lead Counsel and Alain V. Massena, Esq., Associate Counsel, for the above-named defendant, WALSTON OWEN, Register Number 79551-054, it being apparent that MR. OWEN is in need of appropriate clothing for trial.

IT IS HEREBY ORDERED, that the WARDEN of the METROPOLITAN CORRECTIONAL CENTER and his/her staff accept clothing on behalf of MR. OWEN and keep that clothing available to him so that he can wear it for trial beginning, Tuesday, February 4, 2020.

IT IS FURTHER ORDERED that the WARDEN of the METROPOLITAN CORRECTIONAL CENTER and his/her staff shall return said clothes and accept the same number of replacement clothing items as needed during the trial which is expected to last three (3) weeks.

SO ORDERED.

22 January 2020
DATE

VICTOR MARRERO
U.S. DISTRICT COURT JUDGE

**MASSENA LAW P.C.**
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
EMAIL: AVM@MASSENALAW.COM

* ADMITTED IN FEDERAL AND
NEW YORK STATE COURTS

January 21, 2020

VIA ELECTRONIC FILING

Hon. Victor Marrero
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 1007

Re: United States v. Walston Owen, S8 16 Cr. 809 (VM)

Dear Judge Marrero:

I am Associate Counsel for Walston Owen in the above referenced matter. Mr. Owen is scheduled to start trial on February 04, 2020, before this Honorable Court. I request that this Court sign an Order allowing him to receive proper courtroom attire for his trial.

Mr. Owen is incarcerated at the Metropolitan Correctional Center (MCC) and has no access to proper courtroom attire. I have enclosed a proposed Order that would allow Mr. Owen to receive clothing from defense counsel and his family in order to wear to court instead of prison clothing. The trial should last (3) weeks.

Thank you for your time and consideration in this matter.

Sincerely,

/S/
Alain V. Massena, Esq.
Xavier Donaldson, Esq.
Attorneys for Defendant