USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X

UNITED STATES OF AMERICA

- v. -

RANDY TORRES,
   a/k/a "Rico,"
WALSTON OWEN,
   a/k/a "Purpose,"
   a/k/a "Purp," and
CHARLES VENTURA,
   a/k/a "Gutta,"

            Defendant.
------------------------------ X

**3500 PROTECTIVE ORDER**

S8 16 Cr. 809 (VM)

      Upon the application of the United States of America, Geoffrey S. Berman, United States Attorney for the Southern District of New York, by and through Jessica Fender, Anden Chow, and Jacqueline Kelly, Assistant United States Attorneys, of counsel, for an order precluding the dissemination of material produced pursuant to 18 U.S.C. § 3500 and/or *Giglio v. United States*, 405 U.S. 150 (1972) ("3500 Material"), and providing additional protections to a designated subset of the 3500 Material which has been classified as "Attorney's Eyes Only," (the "Attorney's Eyes Only 3500 Material"), made on consent of defense counsel, and based on the Court's independent review,

1

IT IS HEREBY ORDERED that (1) defense counsel must destroy or return to the Government all 3500 Material (and any copies thereof) at the conclusion of the trial of this matter or when any appeal has become final; (2) the defense and the defendants are precluded from disseminating any of the 3500 Material to anyone beyond the defendants, defense counsel, and any paralegal or staff employed by the defense; and (3) the defendants are precluded from taking or keeping any paper copies of the 3500 Material (except for 3500 Material produced for law enforcement agents) with them into any jail facility, whether before, during, or after trial; except that the defendants may review paper copies of the 3500 Material in the possession of defense counsel or any paralegal or staff employed by the defense, when in the presence of defense counsel or any paralegal or staff employed by the defense.

IT IS FURTHER ORDERED that any 3500 Materials having been clearly designated as "Attorney's Eyes Only 3500 Material," including any copies thereof or excerpts therefrom, or any information contained therein, shall not be disclosed to or possessed by the defendants, and may be disclosed only to defense counsel and to any paralegal or staff employed by the defense, until January 24, 2020.

IT IS FURTHER ORDERED that the defendants, defense counsel, and any paralegal or staff employed by the defense are precluded from publicly disclosing or disseminating the identity of any cooperating witnesses, civilian witnesses, or victim witnesses referenced in the Attorney Eyes' Only 3500 Material until Tuesday, February 4, 2020.

Dated:     New York, New York
           January 24, 2020

_____
THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE