UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

WALSTON OWEN,

                Defendant.
------------------------------------------------------X

ORDER

16 CR 809 (VM)

ORIGINAL

VICTOR MARRERO, U.S.D.J.

Upon the application of Xavier R. Donaldson, Esq., and Alain Massena, Esq., counsel for WALSTON OWEN, the defendant in the above-captioned case;

IT IS HEREBY ORDERED, that the METROPOLITAN CORRECTIONAL CENTER allow the following clothing to be admitted for WALSTON OWEN, Register Number 79551-054. Mr. Owen is currently on trial before me.

1. Up to 3 pairs of Slacks
2. Up to 5 Shirts
3. Up to 5 Ties
4. Up to 5 Pairs of Socks
5. Up to 3 Sweaters
6. Up to 5 Undershirts

IT IS FURTHER ORDERED, that the METROPOLITAN CORRECTIONAL CENTER accept appropriate replacement clothing as needed during the trial which is expected to last another two (2) weeks.

Dated: New York, New York
        February 10, 2020

SO ORDERED:

HON. VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/20

# DONALDSON & CHILLIEST, LLP

Xavier R. Donaldson  
Anthony S. Chilliest

*Member NY & NJ Bars

Attorneys at Law  
1825 Park Avenue, Suite 1102  
New York, New York 10035  
Telephone: (212) 722-4900  
Facsimile: (212) 722-4966

Ozro Thaddeus Wells  
Paul P. Martin  
Jaye Ballard  
Jason Foy*  
Of Counsel

February 10, 2020

**VIA ECF**
Honorable Victor Marrero  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

RE: *United States of America v. Walston Owen*  
16 Cr 809 (VM)

Honorable Marrero,

As you know, we represent Walston Owen in the above-captioned case. We are writing to respectfully request that Your Honor order the Warden of the Metropolitan Correctional Center and his/her staff to accept new or replacement trial clothing on behalf of Mr. Owen and keep that clothing available to him so that he can wear it for trial which is scheduled to continue for two (2) weeks.

Thank you in advance for your consideration.

Sincerely,

DONALDSON & CHILLIEST, LLP

*Xavier R. Donaldson*

Xavier R. Donaldson, Esq.