# BERNSTEIN CLARKE & MOSKOVITZ

11 Park Place, Suite 914, New York, New York 10007
www.bcmlaw.com   Tel. (212) 321-0087   Fax (917) 722-0930

Andrew M. J. Bernstein
Lance A. Clarke
Joshua S. Moskovitz

**VIA ECF and Fax**

February 9, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 2/11/20
```

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v Randy Torres, et al**
     **16 CR 809 (VM)**

Dear Judge Marrero,

On May 2, 2019, Your Honor assigned Ms. Katelyn Wasserman to provide paralegal services to myself and Mr. Schmidt in order to properly represent Mr. Torres. In accordance with the SDNY CJA Panel's policy and Your Honor's prior approval of her services via an AUTH 24 on the Evoucher system, a CJA 21 (hereinafter "voucher") was created for Ms. Wasserman's services. Erroneously, her voucher reflects the date that the voucher itself was created and not the date that she was assigned. In order to submit Ms. Wasserman's pre-trial voucher, the CJA Clerk's Office needs an Order assigning her to the case, Nunc Pro Tunc, to April 26, 2019.

Accordingly, I ask Your Honor to So Order that Ms. Wasserman's assignment date on this matter be Nunc Pro Tunc to April 26, 2019.

If your Honor has any questions, please do not hesitate to contact my office.

Thank you very much.

Respectfully submitted,

Andrew M. J. Bernstein, Esq.
*Attorney for Defendant Randy Torres*
BERNSTEIN CLARKE & MOSKOVITZ, PLLC

> Request GRANTED. The paralegal services of Katelyn Wasserman are authorized to be provided and paid as of 4-26-19 nunc pro tunc.
> SO ORDERED.
> 2-10-20
> DATE   VICTOR MARRERO, U.S.D.J.