UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

RANDY TORRES,
                           Defendant.
-------------------------------------------------------X

VICTOR MARRERO, U.S.D.J.

**ORIGINAL**

ORDER

16 CR 809 (VM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/20

Upon the application of Andrew M. J. Bernstein, Esq., and Sam A. Schmidt, Esq., counsel for RANDY TORRES, the defendant in the above captioned case;

IT IS HEREBY ORDERED, that the METROPOLITAN CORRECTIONAL CENTER allow the following clothing to be admitted for RANDY TORRES, Register Number 19810-104. Mr. Torres is currently on trial before me.

    1. Up to 3 pairs of Slacks
    2. Up to 8 Shirts
    3. Up to 5 Ties
    4. Up to 8 Pairs of Socks
    5. Up to 3 Sweaters
    6. Up 5 Undershirts

IT IS FURTHER ORDERED, that the METROPOLITAN CORRECTIONAL CENTER accept appropriate replacement clothing as needed during the trial which is expected to last another two (2) weeks.

Dated: New York, New York
February 10, 2020

SO ORDERED:

HON. VICTOR R. MARRERO
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/20

# BERNSTEIN CLARKE & MOSKOVITZ

11 Park Place, Suite 914, New York, New York 10007
www.bcmlaw.com   Tel. (212) 321-0087   Fax (917) 722-0930

Andrew M. J. Bernstein
Lance A. Clarke
Joshua S. Moskovitz

**VIA ECF and Fax**

February 09, 2020

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

### Re: United States v Randy Torres, et al
### 16 CR 809 (VM)

Dear Judge Marrero,

On Monday February 3rd, Mr. Torres was transferred from MDC to MCC. This transfer has had a positive logistical impact on the trial. However, it has caused some minor complications in regard to Mr. Torres's family picking up his used trial clothing and dropping off new or clean trial clothing. It is my understanding that a new order directing MCC to accept new or replacement trial clothing will alleviate any further complications. Accordingly, I am submitting a proposed Order directing MCC to accept new or clean replacement trial clothing for Mr. Torres. I respectfully request the Court to grant the attached Order. Thank you.

Respectfully submitted,

Andrew M. J. Bernstein, Esq.
*Attorney for Defendant Randy Torres*
BERNSTEIN CLARKE & MOSKOVITZ, PLLC

Sam A. Schmidt, Esq.
*Attorney for Defendant Randy Torres*
THE LAW OFFICE OF SAM A. SCHMIDT