```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :         16 CR 809(VM)
        -against-                   :            ORDER
                                    :
WALSTON OWEN, et al.                :
                                    :
                 Defendants.        :
------------------------------------X
```
**VICTOR MARRERO, U.S.D.J.:**

By letter dated March 24, 2020, counsel for defendants Walston Owen, Randy Torres, and Charles Ventura requested that any and all probation department deadlines applicable to the defendants be extended by, and the defendants' sentencing date be adjourned for, at least thirty days. (See Dkt. No. 503.) The government consents to this request. Accordingly, it is hereby ordered that all probation department deadlines as to Walston Owen, Randy Torres, and Charles Ventura be extended by thirty days, and that the sentencing of the defendants be rescheduled for Friday, August 7, 2020 at 10:30 a.m.

**SO ORDERED:**

Dated:   New York, New York
         24 March 2020

_____
                         Victor Marrero
                            U.S.D.J.