```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :           16 CR 809(VM)
        -against-                   :              ORDER
                                    :
RANDY TORRES, et al.,               :
                                    :
                    Defendants.     :
------------------------------------X
```
**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the hearing regarding post-trial motions in this case, currently scheduled to be held on Friday, April 10, 2020, shall be rescheduled to Friday, June 19, 2020 at 10:30 a.m.

**SO ORDERED:**

Dated:   New York, New York
         24 March 2020

                                      Victor Marrero
                                         U.S.D.J.