```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :      16 CR 809(VM)
       -against-                    :         ORDER
                                    :
WALSTON OWEN, et al.,               :
                                    :
              Defendants.           :
------------------------------------X
```
**VICTOR MARRERO, U.S.D.J.:**

The Court recently rescheduled the hearing regarding post-trial motions in this case from Friday, April 10, 2020, to Friday, June 19, 2020 at 10:30 a.m. (See Dkt. No. 505.) Accordingly, it is hereby ordered that the Government shall submit its response regarding post-trial motions by Friday, April 24, 2020.

**SO ORDERED:**

Dated:   New York, New York
         8 April 2020

_____
Victor Marrero
U.S.D.J.