```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :     16 CR 809(VM)
          -against-                :        ORDER
                                   :
RANDY TORRES, et al.               :
                                   :
                   Defendants.     :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated May 19, 2020, counsel for defendants Randy Torres, Walston Owen, and Charles Ventura request that any and all probation department deadlines applicable to the defendants, including interviews and disclosures, be extended by, and the defendants' sentencing date be adjourned for, at least thirty days. (See Dkt. No. 526.) The government does not object to this request. Accordingly, it is hereby ordered that all probation department deadlines as to Randy Torres, Walston Owen, and Charles Ventura be extended by thirty days, and that the sentencing of the defendants be rescheduled for Friday, September 25, 2020 at 10:30 a.m.

**SO ORDERED:**

Dated:    New York, New York
          20 May 2020

_____
Victor Marrero
U.S.D.J.