```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :      16 CR 809(VM)
        -against-                   :         ORDER
                                    :
RANDY TORRES, et al.,               :
                                    :
                Defendants.         :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated June 9, 2020, the parties jointly request that the hearing regarding post-trial motions in this case be adjourned until July 24 or July 31, 2020. (See Dkt. No. 528.) Accordingly, it is hereby ordered that the hearing regarding post-trial motions in this case, currently scheduled to be held on Friday, June 19, 2020, shall be rescheduled to Friday, July 31, 2020 at 2:00 p.m.

**SO ORDERED:**

Dated:    New York, New York
          09 June 2020

_____
Victor Marrero
U.S.D.J.