```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :      16 CR 809(VM)
          -against-                :         ORDER
                                   :
WALSTON OWEN, et al.,              :
                                   :
              Defendants.          :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated July 14, 2020, counsel for defendant Walston Owen request that the time to object to the Probation Department's first pre-sentencing report ("PSR") disclosure, and the deadline for the Probation Department to file its final PSR, be extended by two weeks. (See Dkt. No. 537.) The Probation Department has separately requested that the deadline to file the final PSR be extended to August 14, 2020. Accordingly, it is hereby ordered that the time for Walston Owen to object to the first PSR disclosure be extended by two weeks, and that the deadline for the final PSR be extended to August 14, 2020.

**SO ORDERED:**

Dated:   New York, New York
         16 July 2020

                                    *Victor Marrero*
                                      U.S.D.J.