```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :        16 CR 809(VM)
          -against-                :           ORDER
                                   :
WALSTON OWEN, et al.,              :
                                   :
               Defendants.         :
----------------------------------X
```
**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the hearing regarding post-trial motions in this case, scheduled to be held on July 31, 2020, shall be conducted by teleconference. The teleconference shall take place using the dial-in number 1-888-363-4749 and access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         29 July 2020

_____
Victor Marrero
U.S.D.J.