```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :    16 CR 809(VM)
          -against-               :       ORDER
                                  :
RANDY TORRES, et al.              :
                                  :
               Defendants.        :
---------------------------------X
```
**VICTOR MARRERO, U.S.D.J.:**

By letter dated August 12, 2020, counsel for defendants Randy Torres, Walston Owen, and Charles Ventura request that the defendants' sentencing date be adjourned until late November or early December 2020. (See Dkt. No. 544.) The Government consents to this request. Accordingly, it is hereby ordered that the sentencing of Randy Torres, Walston Owen, and Charles Ventura currently scheduled for Friday, September 25, 2020 be rescheduled to Friday, December 11, 2020 at 10:00 a.m.

**SO ORDERED:**

Dated:   New York, New York
         13 August 2020

_____
Victor Marrero
U.S.D.J.