

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2020

November 11, 2020

**VIA ECF and Electronic Mail**

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Randy Torres, et. al.</u>
              16 CR 809 (VM)

Dear Judge Marrero,

As the Court is aware, Mr. Schmidt and I represent Mr. Torres in the above referenced matter. Mr. Torres and his trial co-defendants, Mr. Walston Owen and Mr. Charles Ventura, are scheduled to be sentenced on December 11, 2020. On behalf of all defense counsel and with the consent of all three defendants, we request that the Court adjourn the defendants' sentencing to sometime in March of 2021.

The nature of the convictions requires an in-person sentencing hearing. However, the individual circumstances of many of the defense counsel are such that they cannot appear in person due to Covid-19 related health concerns and risk factors. We have discussed these circumstances with the Government, and it does not object to this request. The Government would like the sentencing to proceed at the earliest possible date, which for a multitude of reasons for the defense counsel is March of 2021.

If the Court has any questions, please do not hesitate to contact my office.

Thank you.

Respectfully submitted,

The request is granted. The sentencing scheduled for December 11, 2020 is adjourned until March 19, 2021 at 2:00 p.m.

SO ORDERED.

11/12/2020
DATE
VICTOR MARRERO, U.S.D.J.

Andrew M. J. Bernstein, Esq.
Partner
SICHENZIA ROSS FERENCE LLP

Sam A. Schmidt, Esq.
THE LAW OFFICE OF SAM A. SCHMIDT