# LAW OFFICE OF SAM A. SCHMIDT
115 BROADWAY
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/21
```

September 10, 2021

Honorable Victor Marrero
United States District Court Judge
500 Pearl Street
New York, NY 10007
**By ECF**

    Re:  *United States v. Randy Torres*, et al
          16 Cr. 809 (VM)

Dear Hon. Judge Marrero:

    On behalf of all defendants scheduled to be sentenced on September 17, 2021, and with the consent of the government, I respectfully request that sentencing be adjourned until November 19, 2021.

                          Respectfully,
                              /s/
                        Sam A. Schmidt
                        Andrew M. J. Bernstein
                        Attorneys for Randy Torres

---

The sentencing of defendants Charles Ventura, Randy Torres, and Walston Owen currently scheduled for September 17, 2021, is hereby adjourned until December 17, 2021, at 10:30 a.m.

**SO ORDERED**

                                      Victor Marrero
                                      U.S.D.J.