**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/21
```

UNITED STATES OF AMERICA,

        -against-

RANDY TORRES, WALSTON OWEN, and CHARLES VENTURA,

        Defendant.

**16 CR 809 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, U.S.D.J.:**

    Defendants Randy Torres, Walston Owen, and Charles Ventura request a schedule to submit objections to the use of murder in the first degree for the calculation of the base offense level for their sentencing. The Court hereby orders that the Defendants shall submit a single consolidated letter, not to exceed five (5) pages, no later than three (3) weeks before the sentencing hearing. The Court also orders that the Government shall file its response, not to exceed five (5) pages, two (2) weeks before the sentencing hearing. The Defendants shall not file a reply letter unless the Court directs.

**SO ORDERED.**

Dated:    New York, New York
            October 18, 2021

                                              _____
                                              Victor Marrero
                                              U.S.D.J.