**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/21
```

UNITED STATES OF AMERICA,

      -against-

RANDY TORRES, WALSTON OWEN, and CHARLES VENTURA,

      Defendant.

16 CR 809 (VM)

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

The sentencing hearing for defendants Randy Torres, Walston Owen, and Charles Ventura currently scheduled for December 17, 2021, is hereby adjourned to January 28, 2022, at 12:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
             November 26, 2021

_____
Victor Marrero
U.S.D.J.