**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    -against-

WALSTON OWEN, RANDY TORRES, and
CHARLES VENTURA,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/22
```

**16 CR 809 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The sentencing hearing for defendants Randy Torres, Walston Owen, and Charles Ventura currently scheduled for February 4, 2022, is hereby adjourned to June 24, 2022, at 2:00 PM.

    Pursuant to the Court's Order, (Dkt. No. 611), on January 11, 2022, defendants filed an objection to the use of murder in the first degree for calculating the base offense level for their sentencing. (Dkt. No. 616.) The Government is directed to submit its response to the defendants' objections by January 21, 2022.

**SO ORDERED.**

Dated: January 14, 2022
      New York, New York

                                      _____
                                                Victor Marrero
                                                  U.S.D.J.