

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2022
```

January 17, 2022

**VIA CM/ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-6382

                Re:  *United States v. Torres et al.*, 16 Cr. 809 (VM)

Dear Judge Marrero:

      The Government writes to respectfully request an adjournment of its response to defendants Randy Torres and Walston Owens' objection to the Probation Office's Guidelines' calculation (*see* Dkt. No. 616). The Government's response is due January 21, 2022. Due to various scheduling conflicts for the undersigned, the Government requests that its response be adjourned approximately one month, to February 18, 2022—a request to which the defendants, through counsel, have consented. The defendants' sentencing is scheduled to take place on June 24, 2022; thus, should the Court grant the Government's request, the matter will be fully briefed approximately four months prior to sentencing.

                                                Respectfully submitted,

                                                DAMIAN WILLIAMS
                                                United States Attorney

                                By: _____/s/_____
                                         Jessica Fender
                                         Anden Chow
                                         Jacqueline Kelly
                                         Assistant United States Attorneys
                                         Southern District of New York
                                         Tel:  (212) 637-2276 / 2348 / 2456

---

Request **GRANTED.** The Government's deadline to respond to defendants Randy Torres and Walston Owens's objection to the Probation Office's Guidelines calculation is adjourned to February 18, 2022.

**SO ORDERED.**
January 18, 2022

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.