# LAW OFFICE OF SAM A. SCHMIDT

**29 BROADWAY Suite 1412**
**NEW YORK, N.Y. 10006**
(212) 346-4666
facsimile (212) 346-4668
lawschmidt@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2022
```

**Sam A. Schmidt, Esq.**
_____

March 1, 2022

Honorable Victor Marrero
United States District Court Judge
500 Pearl Street
New York, NY 10007

      Re: *United States v. Randy Torres*, et al
         16 Cr. 809 (VM)

Dear Hon. Judge Marerro:

  Counsel for Randy Torres and Walston Owen have reviewed the government's response to defendants' Guideline objections. The response raises two issues that defendants did not discuss and requires a few documents to complete the record, misstates defendants' arguments and cite cases that do not necessary relate to the instant case. I respectfully request that defendants be permitted to submit a reply limited to two pages no later than March 14, 2022.

            Respectfully,
            /s/
            Sam A. Schmidt and Andrew Bernstein
            for Randy Torres

            Xavier Donaldson and Alain Massena
            for Walston Owen

---

Request **GRANTED**. Defendants Torres and Owen shall submit a join two-page letter by March 14, 2022, responding to the Government's submission.

**SO ORDRED.**

March 2, 2022

/s/ Victor Marrero
U.S.D.J.