```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2022
```

```
UNITED STATES OF AMERICA,

        -against-

WALSTON OWEN, RANDY TORRES, and
CHARLES VENTURA,

                    Defendant.
```

**16 CR 809 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The sentencing hearing for defendants Randy Torres, Walston Owen, and Charles Ventura currently scheduled for June 24, 2022, is hereby rescheduled to July 15, 2022, at 3:00 PM.

**SO ORDERED.**

```
Dated: April 18, 2022
       New York, New York
```

*[signature]*
Victor Marrero
U.S.D.J.