UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

WALSTON OWEN, RANDY TORRES, and CHARLES VENTURA,

        Defendant.

16 CR 809 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The sentencing hearing for defendants Walston Owen, Randy Torres, and Charles Ventura is rescheduled to July 15, 2022, at 11:00 a.m.

**SO ORDERED.**

Dated: July 6, 2022
      New York, New York

                          Victor Marrero
                           U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2022