UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

WALSTON OWEN, RANDY TORRES, and
CHARLES VENTURA,

               Defendants.

16 CR 809 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The sentencing hearing for defendants Walston Owen, Randy Torres, and Charles Ventura is rescheduled to September 22, 2022, at 11:00 a.m.

**SO ORDERED.**

Dated: July 13, 2022
      New York, New York

_____
    **VICTOR MARRERO**
       U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/22