

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 6, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2022
```

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-6382



Request **GRANTED**. The Clerk is directed to terminate the appearance of Attorney Fender.

**SO ORDERED.**
9/7/2022
DATE   VICTOR MARRERO, U.S.D.J.

Re:  *United States v. Torres et al.*, 16 Cr. 809 (VM)

Dear Judge Marrero:

The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of September 10, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/_____
Jessica K. Fender
Assistant United States Attorney
(212) 637-2276

cc: Defense Counsel (by ECF)