USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/17/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                    Plaintiff,

        - against -

RANDY TORRES, WALSTON OWEN, and
CHARLES VENTURA,

                    Defendants.

**16 Cr. 809 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Government requests a copy of the verdict form provided to the jury during the February 2020 trial of the Defendants. (See Dkt. No. 711.) After searching its records, the Court reasonably believes the document contained in the following pages represents a copy of the requested form. The Clerk of Court is respectfully directed to docket this Order.

**SO ORDERED.**

Dated:     17 November 2023
           New York, New York


                                              _____
                                                    Victor Marrero
                                                      U.S.D.J.

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x
                                   :
UNITED STATES OF AMERICA           :
                                   :
          - v. -                   :      **VERDICT FORM**
                                   :
RANDY TORRES,                      :
WALSTON OWEN, and                  :
CHARLES VENTURA                    :
                                   :
                                   :
               Defendants.         :
                                   :
- - - - - - - - - - - - - - - - - -x


# **VERDICT FORM**

### TO BE RETURNED AT THE END OF DELIBERATIONS

## COUNT ONE

### RACKETEERING CONSPIRACY

1.  Considering the elements of the crime of racketeering conspiracy, as such elements are described in the Court's instructions:

    a. Do you unanimously find that the Government has proved beyond a reasonable doubt that the defendant, RANDY TORRES, is guilty of committing this crime, as charged in Count One of the Indictment?

    _____✓_____ YES         _____ NO

        i. If, and only if, you find the defendant RANDY TORRES guilty of the crime charged in Count One, do you unanimously find that the government has proved beyond a reasonable doubt that the pattern of racketeering activity to which defendant RANDY TORRES agreed would be committed included the murder of Nestor Suazo?

    _____✓_____ PROVEN         _____ NOT PROVEN

    b. Do you unanimously find that the Government has proved beyond a reasonable doubt that the defendant, WALSTON OWEN, is guilty of committing this crime, as charged in Count One of the Indictment?

    _____✓_____ YES         _____ NO

        i. If, and only if, you find the defendant WALSTON OWEN guilty of the crime charged in Count One, do you unanimously find that the government has proved beyond a reasonable doubt that the pattern of racketeering activity to which defendant WALSTON OWEN agreed would be committed included the murder of Victor Chafla?

    _____✓_____ PROVEN         _____ NOT PROVEN

    c. Do you unanimously find that the Government has proved
beyond a reasonable doubt that the defendant, CHARLES
VENTURA, is guilty of committing this crime, as
charged in Count One of the Indictment?

_____ ✓ YES          _____ NO

## COUNT TWO

### ASSAULT AND ATTEMPTED MURDER IN AID OF RACKETEERING

2.    Considering the elements of the crime of assault with a
dangerous weapon and attempted murder in aid of
racketeering, as such elements are described in the
Court's instructions:

    a. Do you unanimously find that the Government has proved
beyond a reasonable doubt that the defendant, WALSTON
OWEN, is guilty of committing this crime, or aided
and abetted the same, as charged in Count Two of the
Indictment?

_____ ✓ YES          _____ NO

## COUNT THREE

### FIREARM OFFENSE

3.    Considering the elements of the crime of using,
carrying, or possessing a firearm during and in relation
to the violent crime in aid of racketeering charged in
Count Two, as such elements are described in the Court's
instructions:

    a. Do you unanimously find that the Government has proved
beyond a reasonable doubt that the defendant, WALSTON
OWEN, is guilty of committing this crime, or aided
and abetted the same, as charged in Count Three of
the Indictment?

_____ ✓ YES          _____ NO

      i. If, and only if, you find the defendant WALSTON
OWEN guilty of the crime charged in Count Three,
do you unanimously find that the government has
proved beyond a reasonable doubt that the firearm
was brandished?

-3-

_____✓_____ PROVEN        _____ NOT PROVEN

       ii. If, and only if, you find the defendant WALSTON
OWEN guilty of the crime charged in Count
Three, do you unanimously find that the
government has proved beyond a reasonable doubt
that the firearm was discharged?

_____✓_____ PROVEN        _____ NOT PROVEN

## COUNT FOUR

## ASSAULT IN AID OF RACKETEERING

4.    Considering the elements of the crime of assault
resulting in serious bodily injury in aid of
racketeering, as such elements are described in the
Court's instructions:

    a. Do you unanimously find that the Government has proved
beyond a reasonable doubt that the defendant, WALSTON
OWEN, is guilty of committing this crime, or aided
and abetted the same, as charged in Count Four of the
Indictment?

_____✓_____ YES        _____ NO

## COUNT FIVE

## ASSAULT AND ATTEMPTED MURDER IN AID OF RACKETEERING

5.    Considering the elements of the crime of assault with a
dangerous weapon and attempted murder in aid of
racketeering, as such elements are described in the
Court's instructions:

    a. Do you unanimously find that the Government has proved
beyond a reasonable doubt that the defendant, CHARLES
VENTURA, is guilty of committing this crime, or aided
and abetted the same, as charged in Count Five of the
Indictment?

_____✓_____ YES        _____ NO

-4-

## <u>COUNT SIX</u>

### <u>FIREARM OFFENSE</u>

6.    Considering the elements of the crime of using, carrying, or possessing a firearm, during and in relation to the violent crime in aid of racketeering charged in Count Five, as such elements are described in the Court's instructions:

a. Do you unanimously find that the Government has proved beyond a reasonable doubt that the defendant, CHARLES VENTURA, is guilty of committing this crime, or aided and abetted the same, as charged in Count Six of the Indictment?

       _____ YES     _____ NO

    i. If, and only if, you find the defendant CHARLES VENTURA guilty of the crime charged in Count Six, do you unanimously find that the government has proved beyond a reasonable doubt that the firearm was brandished?

       _____ PROVEN     _____ NOT PROVEN

    ii. If, and only if, you find the defendant CHARLES VENTURA guilty of the crime charged in Count Six, do you unanimously find that the government has proved beyond a reasonable doubt that the firearm was discharged?

       _____ PROVEN     _____ NOT PROVEN

## COUNT SEVEN

### FELON IN POSSESSION OF AMMUNITION

7.   Considering the elements of the crime of possessing
ammunition that had traveled in interstate commerce
after having been convicted of a crime punishable by a
term of imprisonment for a term exceeding one year, as
such elements are described in the Court's instructions:

   a. Do you unanimously find that the Government has proved
      beyond a reasonable doubt that the defendant, CHARLES
      VENTURA, is guilty of committing this crime, as
      charged in Count Seven of the Indictment?

   _____✓_____ YES      _____ NO


_Julie Sachs_____
Foreperson

_Julie Sachs_____
Foreperson (Signature)

_2/24/2020   3:53pm_____
Date & Time